**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000660**
**30-SEP-2014**
**11:31 AM**

NO. CAAP-11-0000660

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GREAT AMERICAN HOTELS AND RESORTS, INC.,
a Georgia Corporation, Plaintiff-Appellee,
v.
SYLVIA CABRAL, Defendant-Appellant,
and
PALISADE POINTE ESTATES, INC., a Georgia Corporation;
WILMER A. AYERS; JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE
ENTITIES 1-50 AND DOE GOVERNMENTAL UNITS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0614(2))

ORDER DISMISSING MOTION FOR RECONSIDERATION OF JUDGMENT
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the Motion for Reconsideration of Judgment filed by Defendant-Appellant Sylvia Cabral *pro se* on September 26, 2014, the papers in support, and the records and files herein, it appears that the Judgment was entered on September 25, 2014 and there is no authority for this court to reconsider a judgment.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration of Judgment is dismissed.

DATED: Honolulu, Hawai'i, September 30, 2014.

Chief Judge

Associate Judge

Associate Judge